FILED LODGED
RECEIVED COPY
JUN 0 2 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>1. Jonathan Silva, (Count 1)<br>2. Maria Acosta Telles, (Count 2)<br>Defendants. | No. CR-26-00596-PHX-SHD (MTM)<br>**INDICTMENT**<br>VIO: 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (Material False Statement During the Purchase of a Firearm) Counts 1 – 2<br>18 U.S.C. §§ 924(d) and 981, 21 U.S.C. § 853; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about July 19, 2024, in the District of Arizona, Defendant JONATHAN SILVA knowingly made false statements and representations in connection with the acquisition of a firearm to Baseline Pawn, which were intended and likely to deceive Baseline Pawn as to a fact material to the lawfulness of a sale of a firearm by Baseline Pawn, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Baseline Pawn, in that Defendant

JONATHAN SILVA, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer, whereas in truth and fact, he was purchasing the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 2**

On or about July 27, 2024, in the District of Arizona, Defendant MARIA ACOSTA TELLES knowingly made false statements and representations in connection with the acquisition of a firearm to Baseline Pawn, which were intended and likely to deceive Baseline Pawn as to a fact material to the lawfulness of a sale of a firearm by Baseline Pawn, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Baseline Pawn, in that Defendant MARIA ACOSTA TELLES, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating she was the actual transferee/buyer, whereas in truth and fact, she was purchasing the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations in Counts 1 – 2 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Counts 1 – 2 of this Indictment, Defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of Defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses as to

which property Defendants are liable. If any forfeitable property, as a result of any act or omission of Defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: June 2, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

S/
PATRICK E. CHAPMAN
Assistant U.S. Attorney